IN THE

TENTH COURT OF
APPEALS

 




 
 
 
 
 
 
 


 

 



No. 10-04-00083-CR

No.
10-04-00084-CR

 

Ex parte Trey Logan Davis

EX PARTE CHAD FENLEY DAVIS

 

 



From the 272nd
District Court

Brazos County, Texas

Trial Court Nos.
04-000338-CV-272 and 04-000339-CV-272

 



DISSENTING Opinion



 








            This is a case in which the Court simply
disagrees with the trial court, so it substitutes its judgment for that of the
trial court.  Because the evidence shows
substantial connection to international and interstate drug trafficking by the
defendants, thus raising serious concerns about being a flight risk, I cannot
say the trial court abused its discretion in setting a substantial 
bail.[1]  I would not hold the trial court abused its
discretion.  I therefore respectfully
dissent.

 

 

                                                                   TOM
GRAY

                                                                   Chief Justice

 

Dissenting opinion
delivered and filed August 25, 2004

Publish











[1]           There
is also an unanswered question.  By what
authority does an appellate court set the appropriate amount for bail?  In every other context where the trial court
exercises a range of discretion, upon a finding of an abuse, we reverse and
remand for further proceedings—but not in setting bail.